PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Warrant for Offender Under Supervision

July 28, 2006

**Name of Offender:** Juan Ruiz **Case Number:** 1:98CR00104-001L

**Name of Sentencing Judicial Officer:** Honorable Ronald R. Lagueux, Senior U.S. District Judge

**Date of Original Sentence:** May 18, 1999

**Original Offense:** Count I: Conspiracy to Possess with Intent to Distribute Cocaine, 21, U.S.C.,§ 846, a Class B felony; Count II: Possession with Intent to Distribute Cocaine, 21, U.S.C., § 841(a)(1)&(b)(1)(B) and Aiding and Abetting, 18, U.S.C.,§ 2, a Class B felony; Counts III, IV and V: Distribution of Cocaine, 21, U.S.C., § 841 (a)(1) and Aiding and Abetting, 18, U.S.C.,§ 2, Class C felonies.

**Original Sentence:** Counts I, II, III, IV and V: Sixty months imprisonment to run concurrently with each other, five years supervised release for Counts I and II, three years supervised release for Counts III, IV, and V, substance abuse testing and treatment, $500 special assessment. On February 21, 2006, the defendant's special condition of supervised release was modified to include 200 hours of community service at a rate of 20 hours per month as approved by the Probation Department.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** October 11, 2002

**Assistant U.S. Attorney:** Andrew J. Reich **Defense Attorney:** Edward C. Roy

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** September 26, 2003

**Violation Offense(s):** While of supervised release, the defendant shall not commit another federal, state, or local crime.

**Violation Sentence:** 18 months imprisonment and 42 months supervised release with a special condition to participate in a substance abuse treatment program which may include testing.

**Date Supervision Recommenced:** October 20, 2004

---

**PETITIONING THE COURT**

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
| --- | --- |
| **Standard Condition** | **"While on supervision, the defendant shall not commit another federal, state, or local crime."**<br><br>On January 23, 2006, Mr. Ruiz committed the offenses of Simple Assault/Domestic, Simple Assault and Resisting Arrest as evidenced by his arrest by the Providence Police Department on that day and his subsequent conviction in Sixth Division District Court on January 24, 2006. |
| **Standard Condition** | **"While on supervision, the defendant shall not commit another federal, state, or local crime."**<br><br>On June 21, 2006, Mr. Ruiz committed the offenses of Driving with a Suspended License, Disorderly Conduct and Resisting Arrest as evidenced by his arrest by the Providence Police Department on that day and his subsequent conviction in Sixth Division District Court on July 6, 2006. |

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant, to be lodged as a detainer, at the Adult Correctional Institution, Cranston, Rhode Island so that the defendant can be brought before the Court and answer to the alleged violations.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 7/28/06

I declare under the penalty of perjury that the foregoing is true and correct:

Clara M. King
U.S. Probation Officer

Date: 7/28/06

## The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

David L. Martin
USMJ

Honorable Ronald R. Lagueux
Senior U.S. District Judge

8-1-06

Date